IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

FERRARI S.P.A.,    No. C 05-03336 CW

    Plaintiff,    ORDER

  v.

AB MODELS, et al.,

    Defendants.
                             /

    Default having been entered as to all Defendants by the Clerk on October 11, 2005,

    IT IS HEREBY ORDERED that Plaintiff shall file a motion for default judgment within 30 days from the date of this order, and upon filing of motion for default judgment, said motion will be referred to a Magistrate Judge, pursuant to Civ. L.R. 72-1, to be heard and considered at the convenience of his/her calendar. The Magistrate Judge shall prepare findings and recommendation on the motion.

    IT IS FURTHER ORDERED that the Case Management Conference previously set for December 16, 2005, is continued to May 19, 2006, at 1:30 p.m..

Dated: 10/14/05

CLAUDIA WILKEN
United States District Judge

cc: Wings